1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LINDA ELIZABETH RICCHIO,        )     NO. CV 09-08176 MMM (SS)
                                      )
12                  Petitioner,       )     **ORDER ADOPTING FINDINGS,**
                                      )     **CONCLUSIONS AND RECOMMENDATIONS**
13           v.                       )     **OF UNITED STATES MAGISTRATE JUDGE**
                                      )
14   TINA HORNBEAK, Warden,           )
                                      )
15                  Respondent.       )
     ─────────────────────────────── )

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all of the records herein, the Magistrate Judge's Amended Report and

20   Recommendation, and Petitioner's Objections.   After having made a <u>de</u>

21   <u>novo</u> determination of the portions of the Amended Report and

22   Recommendation to which Objections were directed, the Court concurs with

23   and adopts the findings and conclusions of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

     \\

1        Accordingly, IT IS ORDERED THAT:

2

3        1.  The Petition is DENIED and Judgment shall be entered dismissing

4   this action without prejudice.

5

6        2.  The Clerk shall serve copies of this Order and the Judgment

7   herein by United States mail on Petitioner at her address of record.

8

9   Dated: April 30, 2010

10                                      _____

11                                      MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28