**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA ELIZABETH RICCHIO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TINA HORNBEAK, Warden,<br><br>　　　　　Respondent. | NO. CV 09-08176 MMM (SS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 30, 2010

　　　　　　　　　　　　　　　　　　_/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE