UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA ELIZABETH RICCHIO, | ) | NO. CV 09-08176 MMM (SS) |
| Petitioner, | ) | |
| v. | ) | **AMENDED JUDGMENT** |
| TINA HORNBEAK, Warden, | ) | |
| Respondent. | ) | |

   The Court hereby vacates the Judgment entered on April 30, 2010 dismissing this action <u>with</u> prejudice.  The dismissal "with prejudice" did not reflect the intent of the Court, which was to dismiss the action "without prejudice."

\\

\\

\\

\\

\\

\\

\\

1       Pursuant to Rule 60(a) and the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge, also entered on April 30, 2010, IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 1, 2010

                                      /s/ Margaret M. Morrow
                                      MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE